1
2
3
4
5
6
7
8                         UNITED STATES DISTRICT COURT

9                         EASTERN DISTRICT OF CALIFORNIA

10

11    ERIN MARTINEZ,                          Case No. 1:25-cv-00375-KES-CDB (SS)

12              Plaintiff,                     ORDER ON STIPULATION EXTENDING
                                               PLAINTIFF'S TIME TO FILE MOTION FOR
13         v.                                  SUMMARY JUDGMENT

14    COMMISSIONER OF SOCIAL                   (Doc. 11)
      SECURITY,
15
                Defendant.
16

17          Pending before the Court is Plaintiff's stipulated request to extend the deadline to file a

18   motion for summary judgment from June 27, 2025, through and including August 26, 2025.  (Doc.

19   11).

20          For good cause shown by the parties' stipulated representations, it is HEREBY ORDERED

21   that Plaintiff shall file the motion for summary judgment by no later than **August 26, 2025**.  The

22   opposition and optional reply shall be filed in accordance with the Court's scheduling order.  (Doc.

23   5).

24   IT IS SO ORDERED.

25     Dated:   __**May 30, 2025**__              _____

26                                               UNITED STATES MAGISTRATE JUDGE

27

28