UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIN MARTINEZ,<br><br>        Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>        Defendant. | Case No. 1:25-cv-00375-KES-CDB (SS)<br><br>ORDER GRANTING STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT<br><br>Doc. 20 |

Pending before the Court is the parties' stipulation to voluntary remand pursuant to sentence four of 42 U.S.C. § 405(g), filed November 14, 2025. Doc. 20.

Upon consideration of the parties' stipulation, pleadings, and for good cause shown, the Court orders as follows:

1. The above-captioned matter is remanded to the Commissioner of Social Security for further administrative proceedings pursuant to the fourth sentence of Section 205(g) of the Social Security Act, 42 U.S.C. § 405(g);

2. Upon remand, the Commissioner will take further action to develop the administrative record as necessary and issue a new decision, in accordance with the parties' stipulation, Doc. 20 at 1; and

3. The Clerk of the Court is directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner, and to terminate all pending dates.

IT IS SO ORDERED.

Dated:   November 17, 2025

UNITED STATES DISTRICT JUDGE

2