**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ERIN MARTINEZ, | Case No. 1:25-cv-0375 KES CDB |
| Plaintiff, | ORDER AWARDING ATTORNEY'S FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT |
| v. | (Doc. 23) |
| FRANK BISIGNANO, Commissioner of Social Security,[1] | |
| Defendant. | |

Erin Martinez and Frank Bisignano, the Commissioner of Social Security, stipulated that Plaintiff shall be awarded fees and expenses in the amount of $5,867.04 pursuant to the Equal Access to Justice Act.  Doc. 23 at 1-3.  Accordingly, the Court **ORDERS**: Subject to the terms of the parties' stipulation, Plaintiff is **AWARDED** fees in the amount of $5,867.04 pursuant to 28 U.S.C. § 2412(d).

IT IS SO ORDERED.

Dated:    February 20, 2026

_____
UNITED STATES DISTRICT JUDGE

---

[1] Frank Bisignano became the Commissioner of Social Security on May 6, 2025.  Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Frank Bisignano is substituted as the defendant in this suit.

1